USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Nov. 12, 2021__

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Ricardo Velasquez, Plaintiff, -against- HPF Christopher Inc. d/b/a H.P.F, Christopher & Transferance Realty LLC, Defendants. | 21-CV-3645-ALC **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Transferance Realty LLC's affidavit of service of the Summons and Third Party Complaint on Third-Party Defendant MZ Wallace, Inc. indicating that MZ Wallace, Inc. was served on September 10, 2021 with a corresponding answer deadline of October 1, 2021. ECF No. 23. To date, MZ Wallace, Inc. has not answered or otherwise responded to the Third Party Complaint.

Accordingly, Defendant Transferance Realty LLC is **ORDERED** to submit a status report no later than **November 19, 2021** informing the Court how it would like to proceed.

**SO ORDERED.**

**Dated**: Nov. 12, 2021
      New York, New York

                                                                                    _____
                                                                                    **ANDREW L. CARTER, JR.**
                                                                                    **United States District Judge**