UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
**RICARDO VELASQUEZ,**

                  **Plaintiff,**

      **-against-**

**HPF CHRISTOPHER INC.,** *ET AL*,

                  **Defendants.**

-------------------------------------------------------------------- x

21-CV-3645 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to provide a Joint Status Report to the Court on or before April 28, 2023 as to the status of any remaining claims and/or counterclaims in this action

**SO ORDERED.**

**Dated:**      **New York, New York**
              **April 14, 2023**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**