UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   **RICARDO VELASQUEZ,**

                     **Plaintiff,**

            1:21-cv-03645 (ALC)

   -against-

            **ORDER OF DISCONTINUNACE**

   **HPF CHRISTOPHER INC., et al.,**

                   **Defendants.**
------------------------------------------------------------X

**ANDREW L. CARTER, JR., District Judge:**

     It having been reported to the Court that there are no other remaining claims and/or counterclaims in this matter, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: August 25, 2023**
      **New York, New York**
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**